

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| JAMES WHITE, III, INDIVIDUALLY and AS TRUSTEE OF THE JANE WHITE TRUST and JAMES E. WHITE IV, INDIVIDUALLY and AS A BENEFICIARY OF THE JANE WHITE TRUST and THE WHITE CHILDRENS TRUSTS; MARTI WHITE WRIGHT, INDIVIDUALLY and AS A BENEFICIARY OF THE JANE WHITE TRUST and THE WHITE CHILDRENS TRUSTS; and CLINTON WESLEY WHITE, INDIVIDUALLY and AS A BENEFICIARY OF THE JANE WHITE TRUST and THE WHITE CHILDRENS TRUSTS, BY and THROUGH HIS NEXT-FRIEND, JAMES E. WHITE, IV, | § § § § § § § § § § | No. 08-25-00036-CV<br><br>Appeal from the<br><br>394th District Court<br><br>of Presidio County, Texas<br><br>(TC# 7856A) |
| Appellants, | § | |
| v. | § | |
| EDWARD MCMINN WHITE, INDIVIDUALLY and AS TRUSTEE OF THE EDWARD MCMINN WHITE TRUST, and BEAUREGARD BRITE WHITE, INDIVIDUALLY and AS TRUSTEE OF THE BEAUREGARD BRITE WHITE TRUST, | § § § § | |
| Appellees. | § | |

**J U D G M E N T**

The Court has considered this cause on the motions to dismiss and concludes the motions should be granted and the appeal should be dismissed. We therefore dismiss the appeal. We further order costs to be taxed against the party incurring the same and that this decision be certified below for observance.

IT IS SO ORDERED this 28th day of April 2025.


LISA J. SOTO, Justice


Before Salas Mendoza, C.J., Palafox and Soto, JJ.